IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and RBC BANK:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, whose last known address is XXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,279,856.00. The balance on the account as of November 15, 2011, is $1,201,737.96.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and RBC Bank is commanded to **turn over property** in which the defendant, Anthony Jinwright, has a substantial nonexempt interest, the said property being funds in accounts held by RBC Bank, accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Anthony Jinwright, at the following address: RBC Bank, Government Demand Department, PO Box 1220, Rocky Mount, NC 27804.

Signed: November 18, 2011

_____
David C. Keesler
United States Magistrate Judge