IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW3:09CR67-2 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| HARRIET JINWRIGHT. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and RBC BANK:

 A judgment was entered on December 15, 2010, in the United States District Court for the

Western District of North Carolina, in favor of the United States of America and against the

defendant, Harriet Jinwright, aka/Harriet Porter, whose last known address is XXXXXXXXXXXX,

Cornelius, NC 28031, in the sum of $1,285,056.00. The balance on the account as of November 15,

2011, is $1,207,837.96.

 THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property

and RBC Bank is commanded to **turn over property** in which the defendant, Harriet Jinwright,

aka/Harriet Porter, has a substantial nonexempt interest, the said property being funds in accounts

held by RBC Bank, property including, but not limited to, checking accounts, savings accounts and

Individual Retirement Accounts (IRAs), in the name of Harriet Jinwright, aka/Harriet Porter, at the

following address: RBC Bank, Government Demand Department, PO Box 1220, Rocky Mount, NC

27804.

    Signed: November 18, 2011

    _____
    David C. Keesler
    United States Magistrate Judge