IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ANTHONY JINWRIGHT, ) | |
|   and ) | |
| HARRIETT JINWRIGHT. ) | |

## **WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and ANTHONAE JINWRIGHT:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Anthony Jinwright, whose last known address is XXXXXXXXXXXXXXXXXXX, Welch, WV 24801, in the sum of $1,279,856.00. The balance on the account as of May 2, 2012, is $1,199,509.34.

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Harriett Jinwright, whose last known address is XXXXXXXXXXXXXXXXXX, Alderson, WV 24910, in the sum of $1,285,856.00. The balance on the account as of May 2, 2012, is $1,205,519.76.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and defendants' daughter, Anthonae Jinwright, is commanded to **turn over property** in which the defendants, Anthony Jinwright and Harriett Jinwright, have a substantial nonexempt interest; said property being jewelry and other assorted items held by defendants' daughter, Anthonae Jinwright,

who has presented said property for transfer and delivery to the United States of America for liquidation and for application toward the defendants' restitution.

The United States Marshal Service is hereby commanded to satisfy the judgment in the above-captioned matter by selling all property in which the defendants have a substantial non-exempt interest, including all items of jewelry and assorted items that will be secured and levied from the defendants' daughter, Anthonae Jinwright.

The United States Marshal Service may contract with an auction company, jeweler, or any other authorized agent to handle the sale of the levied properties in order to maximize the proceeds generated from said sale.

The United States Marshal Service may deduct from the gross proceeds generated from the sale of the levied properties the costs and expenses incurred by the United States Marshal Service and/or its authorized agent.

Following the sale of the levied properties, the United States Marshal Service is commanded to turn over the net proceeds realized from the sale of the levied properties to the United States Clerk of Court. The payment should be mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that the payment is credited properly, the following information should be included on the check: Court Number DNCW3:09CR67.

The United States Marshal Service is further commanded to file a Notice of Levy as to the net proceeds realized from the sale of levied property within ten days after the sale of said property.

Signed: May 9, 2012

David C. Keesler
United States Magistrate Judge